**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7811

UNITED STATES OF AMERICA

Plaintiff - Appellee,

versus

ROBERT LEE SPENCER, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-95-171)

Submitted: July 24, 1997      Decided: August 5, 1997

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Spencer, Jr., Appellant Pro Se. Margaret Agnes Hickey, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his petition for a writ of mandamus for production and copy of transcripts and the master file in his criminal case. We have reviewed the record and the district court's opinion and find no abuse of discretion. See Kerr v. United States Dist. Court, 426 U.S. 394, 403 (1976). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED